1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GT DEVELOPMENT CORPORATION,

Plaintiff,

v.

TEMCO METAL PRODUCTS COMPANY,

Defendant.

No. C04-0451Z

SUPPLEMENTAL ORDER

15    On August 31, 2005, the Court entered an Order granting in part Defendant Temco's

16  Motion for Attorneys' Fees & Costs.  See Order, docket no. 80.  The Court excluded fees

17  paid to Chernoff Vilhauer because sufficiently descriptive billings were not provided.  Id. at

18  3-4.  Pursuant to the Local Rule 7(h), Defendant Temco brought a Motion for

19  Reconsideration, docket no. 82, directing the Court to the Aman Declaration, docket no. 71,

20  Ex. 4.  Pursuant to Local Rule 7(h)(3), the Court requested a Response from Plaintiff GT

21  Development Corporation ("GT"), see Minute Order, docket no. 84.  Plaintiff GT provided

22  its Response, docket no. 85, on September 7, 2005.

23    The parties agree that the Aman Declaration, docket no. 71, Ex. 4, contains

24  descriptive billings for Chernoff Vilhauer.  The Court has now fully reviewed the Chernoff

25  Vilhauer billings for a total of 67.6 hours billed at $18,108, and concludes those fees were

26  reasonably incurred as part of this litigation.  See Aman Decl., docket no. 71, Ex. 4.

ORDER – 1

1    The Court therefore GRANTS Defendant's Motion for Reconsideration, docket no.

2  82, and AMENDS the prior Order, docket no. 80.  Defendant is also entitled to recover

3  reasonable attorneys' fees of $18,108, in addition to fees and costs as set forth in the prior

4  order, docket no. 80.

5

6    IT IS SO ORDERED.

7    DATED this 9th day of September, 2005.

8

9

10                                                         Thomas S. Zilly
                                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER – 2